UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

                                     08 CV 01134

DENNIS VEGA,

                 Plaintiff,

                                 <u>AFFIDAVIT OF SERVICE</u>

    -against-

THE CITY OF NEW YORK, ET AL.,

                 Defendants.

--------------------------------------------------------X

      STEVEN HOFFNER, ESQ., an attorney duly admitted to practice law in the State of New York, affirms under penalty of perjury as follows:

      On March 5, 2008, I served the Summons and Complaint in the above action on the defendant, N.Y.C. Police Officer Undercover # 4847, by hand-delivery of the summons and complaint at Police Headquarters, Narcotics Bureau, Rm. 1000, at 1 Police Plaza, New York, New York 10038 on  a Lieutenant (signature illegible) who signed a copy of the letter previously provided to me by the Assistant Corporation Counsel instructing my office to serve the undercover at this location.

      A copy of the Summons and Complaint was mailed to N.Y.C. Police Officer Undercover # 4847 29941, at 1 Police Plaza, Property Clerk, Rm. 208, N.Y., N.Y. 10038 by regular mail with the words "PERSONAL AND CONFIDENTIAL" on the outside of the envelope .

Dated: New York, New York
       March 7, 2008

                       AFFIRMED: _____/S/_____
                                STEVEN A. HOFFNER, Esq.
                                Attorney for Plaintiff
                                350 Broadway, Room 1105
                                New York, New York 10013
                                (212) 941-8330